certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. John W. Ford* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Berryman Green* for respondent.

No. 940. INDUSTRIAL TRUST CO. ET AL. *v.* BRODERICK, COLLECTOR OF INTERNAL REVENUE. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Mr. Ira Lloyd Letts* for petitioners. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *L. W. Post* for respondent.

No. 942. DAVILLA *v.* BRUNSWICK-BALKE-COLLENDER Co. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Moses H. Heonig* for petitioner. *Mr. Charles S. Rosenschein* for respondent.

No. 952. BRITTAIN *v.* LOUISVILLE & NASHVILLE R. Co. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Horace B. Wilkinson* for petitioner. *Messrs. Charles H. Eyster* and *White E. Gibson* for respondent.

No. 953. GEORGE E. WARREN CORP. *v.* UNITED STATES. May 16, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Geo. W. Dalzell* for petitioner. *Solicitor General Jackson, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *Edward H. Horton* for the United States.